# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DORENDA M. DAVIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 11-372-SLR |
| | : | |
| MIDLAND FUNDING, LLC, assignee of Household, MIDLAND CREDIT MANAGEMENT, INC. and ENCORE CAPITAL GROUP, INC., | : : : : | |
| | : | |
| Defendants. | : | |

## **ORDER**

At Wilmington this **3rd** day of **November, 2011.**

IT IS ORDERED that defendants' client's representatives may participate in the mediation scheduled for November 18, 2011 by telephone, as requested in Ms. Shoemaker's letter to the Court dated October 31, 2011. The client's representatives must be available throughout the entire mediation process.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE