**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DORENDA M. DAVIS** <br><br> Plaintiff, <br><br> **vs.** <br><br> **MIDLAND FUNDING, LLC,** assignee of Household, and **MIDLAND CREDIT MANAGEMENT, INC.** <br><br> Defendants. | **Civil Action No.** <br><br> **1:11-cv-00372-SLR** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed by and between the undersigned counsel for the parties that the above action is hereby dismissed with prejudice without cost to either party.

| | |
|---|---|
| **KIMMEL & SILVERMAN** | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** |
| BY:/S/ W. Christopher Componovo <br> W. Christopher Componovo, Esquire <br> I.D. No. 3234 <br> 501 Silverside Road, Ste. 118 <br> Wilmington, DE  19809 <br> (302) 791-9373 <br> wcomponovo@lemonlaw.com <br> **Attorney for Plaintiff** | BY:/S/ Tracy A. Burleigh <br> Tracy A. Burleigh, Esquire <br> I.D. No. 3609 <br> 1220 N. Market Street, 5th Floor <br> Wilmington, DE  19801 <br> (302) 552-4304 <br> taburleigh@mdwcg.com <br> **Attorney for Defendants** |

SO ORDERED, this _____ day of _____, 20____.

_____
J.

13161-245/15/1292456.v1